PER CURIAM.
Affirmed. See Jacksonville Elec. Auth. v. Draper’s Egg & Poultry Co., 557 So.2d 1357, 1358 (Fla.1990); Pogge v. Department of Rev., 703 So.2d 523, 526 (Fla. 1st DCA 1997); W.C. Murphy Architect, P.A. v. W.P. Austin Constr. Corp., 547 So.2d 302, 303 (Fla. 3d DCA 1989); Mortell v. Keith, Mack, Lewis & Allison, 528 So.2d 1362, 1362 (Fla. 3d DCA 1988); Goslin v. Racal Data Communications, Inc., 468 So.2d 390, 392 (Fla. 3d DCA 1985).